In the Matter of the Application of MICHAEL MCCABE, Appellant, for a Writ of Certiorari to the BOARD OF SUPERVISORS OF ROCKLAND COUNTY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.